# Exhibit 2



**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
2018 9027

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson , EMP, PHB, Room 4239*
*Washington, DC 20530*

May 23, 2013

Ms. Sara Berger
c/o Marshall B. Bellovin, Esquire
Law Offices of Ballon, Stoll, et al.
729 Seventh Avenue
New York, NY  10019

Re:   EEOC Charge Against NYC Police Department
      No. 520201202541

Dear Ms. Berger:

Because you filed the above charge with the Equal Employment
Opportunity Commission, and more than 180 days have elapsed since the date
the Commission assumed jurisdiction over the charge, and no suit based
thereon has been filed by this Department, and because you through your
attorney have specifically requested this Notice, you are hereby notified
that you have the right to institute a civil action under Title I of the
Americans with Disabilities Act of 1990, 42 U.S.C. 12111, et seq., against
the above-named respondent.

If you choose to commence a civil action, such suit must be filed in
the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC
New York District Office, New York, NY.

This Notice should not be taken to mean that the Department of
Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Thomas E. Perez
Assistant Attorney General
Civil Rights Division

by

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: New York District Office, EEOC
    NYC Police Department



RETURN RECEIPT REQUESTED

CERTIFIED MAIL

RECEIVED
MAY 3 0 2013
Ballon Stoll Bader & Nadler PC
File Room