UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
         :
SARA BERGER,         :
         :
         Plaintiff,  :
         :    13-CV-6084 (VSB)
    -against-  :
         :    **ORDER**
NEW YORK CITY POLICE DEPARTMENT, :
THE CITY OF NEW YORK, and WAYNE :
SCIBELLI,,         :
         :
         Defendants. :
         :
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2019

<u>VERNON S. BRODERICK, United States District Judge</u>:

In light of my December 19, 2019 order, (Doc. 159), it is hereby:

ORDERED that jury selection in this case will begin after the *Daubert* hearing scheduled for January 6, 2020.

IT IS FURTHER ORDERED that trial will begin at 10:00 a.m. on January 7, 2020.

SO ORDERED.

Dated: December 30, 2019
      New York, New York

Vernon S. Broderick
United States District Judge